**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony D. Anderson, et al., | No. CV-12-813-PHX-SMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| John D. Chandler, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 114.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, March 10, 2014 at 2:30 p.m.**

**IT IS FURTHER ORDERED DENYING** as moot Plaintiff Anderson's motion for partial summary judgment (Doc. 76) and Defendant MacDonald's cross-motion for summary judgment (Doc. 81).

DATED this 4th day of March, 2014.

Stephen M. McNamee
Senior United States District Judge